# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN KODENKANDETH,

      Petitioner

      v.

DANIEL MCNABB, OWNER, T/D/B/A
SHOP'N SAVE, JAMES A. SORBARA &
CHRISTINE A. SORBARA LANDLORD,
IN PERSONAM, AND IN REM
DEFENDANTS, INDIVIDUALLY AND
SEVERALLY IN SOLIDO,

      Respondents

:  No. 372 WAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.